# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1051
_____

REGINALD BARKLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James L. Marsh, Judge.

June 24, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Reginald Barkley, pro se, Appellant.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief for Tallahassee Criminal Appeals, Tallahassee, for Appellee.